U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 APR 22  PM 2: 39

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

JANET COLE,                          )
    Plaintiff,                       )
                                  )
v.                                   )          C.A. No. 2:21-CV-15-CJR
                                  )
LIBERTY MUTUAL                       )
INSURANCE CO.,                       )
    Defendant.                       )

## STIPULATION FOR DISMISSAL

The parties, by and through their respective counsel, hereby stipulate that this case,

having settled, may be DISMISSED WITH PREJUDICE, with the parties to bear their own costs

and attorney's fees.

Dated at Rutland, Vermont, this 19th day of April, 2022.

JANET COLE

By: _____
Karl C. Anderson, Esq.

Dated at Burlington, Vermont, this 16th day of April, 2022.

LIBERTY MUTUAL
INSURANCE CO.

By: _____
Thomas P. Simon, Esq.

SO ORDERED at Burlington, Vermont, this 22nd day of April, 2022.

By: _____
Hon. Christina C. Reiss
U.S. District Court Judge